# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT GENE HART JR.,<br><br>Defendant. | CR 22-56-BLG-SPW<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on May 18, 2022, the defendant entered a plea of guilty to the information, which charged him in count 1 with possession with intent to distribute methamphetamine; and in count 2 with felon in possession of a firearm;

AND WHEREAS, the defendant agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant pleaded guilty;

1

AND WHEREAS, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, an Amended Preliminary Order of Forfeiture was entered on August 18, 2022 (Doc. 24).

AND WHEREAS, beginning on August 20, 2022, and ending on September 18, 2022, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- $335.50 in United States currency;
- a Glock 19 black semi auto pistol SN: BTPC571;
- a black frame, silver slide pistol SN: None; and
- 4 Luger 9mm caliber ammunition.

AND WHEREAS, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send one certified copy of this order to the United States Marshal and the Bureau of Alcohol, Tobacco, Firearms, and Explosive, attention Philip Swain.

DATED this 8th day of November, 2022.

_____
SUSAN P. WATTERS
United States District Judge